UNITED STATES of America,
Plaintiff–Appellee

v.

Jesus HERNANDEZ–ZUNIGA,
Defendant–Appellant.

No. 10–11281
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 2011.

Nancy E. Larson, Assistant U.S. Attorney, Shawn Lee Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Matthew Kyle Belcher, Federal Public Defender's Office, Denver, CO, for Defendant–Appellant.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Hernandez–Zuniga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hernandez–Zuniga has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hernandez–Zuniga's response. We concur with counsel's as-

sessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

MATKIN–HOOVER ENGINEERING INCORPORATED; John Matkin, P.E.; Jeff Carroll, P.E., Plaintiffs–Appellees

v.

EVEREST NATIONAL INSURANCE COMPANY, Defendant–Appellant.

No. 10–51058.

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 2011.

Brendan K. McBride, McBride Law Firm, San Antonio, TX, for Plaintiffs–Appellees.

Brian S. Martin, Thompson, Coe, Cousins & Irons, L.L.P., Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge Saul ROBLES–ROBLES,**
**also known as Jose Robles,**
**Defendant–Appellant.**

**No. 11–50051**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 11, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BENAVIDES, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Jorge Saul Robles–Robles (Robles) appeals the 42–month sentence imposed following his guilty plea conviction for illegal reentry of the United States after deportation. He contends that his within guidelines sentence was greater than necessary to satisfy the sentencing goals set forth in 18 U.S.C. § 3553(a) and, thus, it was substantively unreasonable. More specifically, Robles argues that, because U.S.S.G. § 2L1.2 is not empirically based and results in "double counting" of prior offenses, his guidelines sentence does not merit a presumption of reasonableness. He also maintains that the guidelines range failed to reflect the seriousness of his offense and his benign motive for reentering the United States.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.